**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 12-44261 |
| Lisa Marie Alvernia, | ) | Hon. Donald R. Cassling |
| | ) | (Kane County) |
| | ) | Hearing Date:  June 20, 2014 |
| Debtor. | ) | Time:  10:30 a.m. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant: Early, Tousey, Regan & Wlodek ("Early")

Authorized to Provide
Professional Services to: Elizabeth C. Berg, Trustee

Date of Order Authorizing
Employment: February 23, 2013

Period for Which
Compensation is sought: February 23, 2013 through close of case

Amount of Fees sought: $12,196.60

Amount of Expense
Reimbursement sought: $1,575.75

This is an: Interim Application __ Final Application  X

This is the first application filed herein by this professional in this case.

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services rendered and expenses incurred herein is:  -0-

Dated: May 29, 2014

Early, Tousey, Regan & Wlodek
Special Counsel to Trustee

By:  ____ /s/ Elizabeth C. Berg, Trustee ____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 12-44261 |
| Lisa Marie Alvernia, | ) | Hon. Donald R. Cassling |
| | ) | (Kane County) |
| | ) | Hearing Date: June 20, 2014 |
| Debtor. | ) | Time: 10:30 a.m. |

## Notice of Application

**TO:**   *See Attached Service List*

**PLEASE TAKE NOTICE** that on Friday, June 20, 2014, at 10:30 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Donald R. Cassling, or any bankruptcy judge sitting in his stead in Courtroom 240 of the Kane County Courthouse, 100 South 3rd Street, Geneva, Illinois, and then and there present the **First and Final Application for Allowance and Payment of Compensation and Expense Reimbursement of Early, Tousey, Regan & Wlodek, Special Counsel to Elizabeth C. Berg, Trustee**, a true and correct copy of which is attached hereto and hereby served upon you.

By:___/s/ Elizabeth C. Berg, Trustee_____

## Certificate of Service

I, Elizabeth C. Berg, hereby certify that on May 29, 2014, I caused a true and correct copy of the foregoing Notice of Motion and the document identified therein to be served on the persons on the attached service list, either electronically via CM/ECF or by first class mail with postage prepaid, as indicated on the service list.

By:___/s/ Elizabeth C. Berg, Trustee_____

Elizabeth C. Berg
Julia D. Loper
Baldi Berg, Ltd.
20 N. Clark Street   Suite 200
Chicago, Illinois   60602
(312) 726-8150

*Service List*
**Lisa Marie Alveria, debtor**
**Case No. 12-44261**

**Via CM/ECF Electronic Notice**
Office of the U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

Colleen G. Thomas, Esq.
Thomas Law Office
*Debtor's attorney*
ColleenThomasLaw@aim.com

**Via First Class Mail**

Lisa Marie Alvernia
649 Eichler Dr.
West Dundee, IL 60118

John Early, Esq.
Jennifer Sellers Wong, Esq.
Early, Tousey, Regan & Wlodek
2400 Big Timer Rd., Suite 201A
Elgin, IL 60124

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 12-44261 |
| Lisa Marie Alvernia, | ) | Hon. Donald R. Cassling |
| | ) | (Kane County) |
| | ) | Hearing Date:  June 20, 2014 |
| Debtor. | ) | Time:  10:30 a.m. |

**First and Final Application for Allowance and Payment of Compensation
And Expense Reimbursement of
Early, Tousey, Regan & Wlodek, as Special Counsel for Trustee**

Elizabeth C. Berg, as trustee ("Trustee") of the estate ("Estate") of Lisa Marie Alvernia, debtor ("Debtor") pursuant to sections 330 and 331 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Early, Tousey, Regan & Wlodek ("Early"), as special counsel to Trustee, of final compensation of a 40% contingency fee in the amount of $12,196.60 and for reimbursement of expenses in the amount of $1,575.75.  In support thereof, respectfully states as follows:

**Introduction**

1.  Debtor commenced this case on November 11, 2012 by filing a voluntary petition for relief under chapter 7 of title 11, United States Code ("Code").

2.  Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

4.  At the time of the filing of the petition herein, the sole asset of value to the Estate was the Debtor's interest in a claim for breach of contract against Groomsmart ("Defendant") arising from the failure of Defendant to make the final installment payment to Debtor on account of the sale of the Debtor's pet grooming business ("Claim").  The Claim was subject to a pre-

petition lawsuit initiated by Debtor on behalf of her wholly-owned corporation and captioned Lisa's Pet Spaw, Inc. v. Groomsmart, Inc., Kane County Case No. 2012 MR 464 ("Lawsuit").

### Retention of Early

5.    On February 21, 2013, this Court entered an order authorizing the Trustee to employ Early as her attorneys in this case ("Retention Order"). A copy of the Retention Order is attached hereto as Exhibit A.   Early has served as counsel for the Trustee at all times since its retention by the Trustee.   Pursuant to the Retention Order, Early was to be paid on a contingency fee basis, subject to further court order, equal to 40% of any recoveries on account of the Claim, plus expenses.

### Prior Compensation and Expense Reimbursement

6.    This is the first and final application ("Application) for allowance and payment of compensation and expense reimbursement that Early will file in this case.

### Services Rendered and Expenses Incurred by Early

7.    The services rendered by Early have been in connection with the prosecution of the Lawsuit and the liquidation of the Claim.  Upon its retention, Early prepared and presented a motion to substitute Trustee as the party in interest to the Lawsuit.  Early prosecuted a motion for summary judgment of the Lawsuit.  On May 16, 2013, the Kane County Court entered judgment in favor of Debtor ("Judgment") and awarded the full amount claimed (i.e. $28,062.73, hereinafter referred to as the "Judgment Amount").  Thereafter, the Defendant appealed the Judgment to the Illinois Appellate Court.  Defendant posted a *supersedeas* bond in the approximate amount of $32,500.00 pending the appeal. Early researched, drafted and submitted appellate briefs on behalf of the Trustee and, ultimately, the appellate court upheld and affirmed the Judgment.  The period for which the defendant could appeal the Judgment to the Illinois Supreme Court was 35 days from April 7, 2014.  Early negotiated with Defendant to finalize the Judgment, including determination of interest and costs to be paid on account of and in addition to the Judgment

2

Amount, without further appeal or litigation.  Based upon the negotiations, Defendant will pay the

Estate $30,491.50 representing the Judgment Amount, plus interest totaling $2,428.77 (based

upon interest at the statutory rate of 9% from June 5, 2013 through May 22, 2014).  In addition,

Defendant agreed to pay the Estate for the costs related to the Lawsuit totaling $1,042.75.

### Compensation and Expense Reimbursement Requested

8.     Since its retention, Early has performed services that were: necessary and

required for the proper representation of the Trustee in this case; authorized by this Court; and

performed by Early at the request and direction of the Trustee.  The services rendered by Early

have been reasonable and necessary in order to prosecute the Lawsuit and liquidate the Claim.

As a result of the services rendered by Early, Trustee has recovered 100% of the contract

damages in connection with the Claim.

9.     Pursuant to the Retention Order authorizing fees on a contingency basis, Early

requests an award of compensation in the amount of $12,196.60 representing 40% of the

Judgment Amount, plus interest collected.  In addition to the contingency fees requested, Early

incurred actual and necessary expenses totaling $1,575.75 for which it now requests

reimbursement.  A detailed listing of the expenses incurred is attached hereto as Exhibit B.  All of

the expenses for which reimbursement is requested were required to be expended in order to

properly represent the Trustee in this case.    The expenses requested include the costs related

to the Lawsuit totaling $1,042.75 that Defendant will reimburse Estate, as set forth in paragraph

7 above, plus $533.00 incurred for corporate filing fee and reinstatement charges of the Debtor's

corporation, namely, Lisa's Pet Spaw, Inc., which were necessary to be paid in order to pursue

the Claim no behalf of the corporation.

### Payment of Compensation and Expense Reimbursement

10.     Early has not entered into any agreement or understanding of any kind, express

or implied, with any other entity to share any compensation or expense reimbursement to be

received by Early for services rendered to the Trustee or expenses incurred in connection with this case.

11.   Early has not previously received or been promised any payments for services rendered or expenses incurred in this case.

12.   The Affidavit of Jennifer Sellers Wong pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit C and made a part hereof.

### Status and Financial Condition of the Case

13.   Trustee will undertake to prepare and file Estate tax returns and thereafter prepare her final report.

14.   Trustee anticipates that there will be sufficient funds to make a distribution to general unsecured creditors.

### Notice

15.   Trustee has sent 21 days' notice of this Application to the Debtor, all creditors and other parties in interest, including the United States Trustee, in the form attached hereto as Exhibit D.

### Trustee's Approval

16.   Trustee has received, reviewed and approved Early's expense itemization and this Application.

WHEREFORE, Elizabeth C. Berg, Trustee requests the entry of an order providing the following:

A.   Allowing to Early final compensation in the amount of $12,196.60 as contingency fees for actual and necessary professional services rendered to the Trustee;

B.   Allowing to Early reimbursement of expenses in the amount of $1,575.75 on account of actual expenses incurred in the performance of services to the Trustee;

4

C.    Authorizing Trustee to pay the amounts awarded to Early without further order of court immediately upon entry of an order approving this Application and Trustee's receipt from Defendant of the Judgment proceeds; and

D.    For such other and further relief as this Court deems appropriate.

Dated:  May 29, 2014          Elizabeth C. Berg, as trustee of the Estate of
Lisa Marie Alvernia, debtor
and
on behalf of Early, Tousey, Regan & Wlodek,
Her Special Counsel


By:___/s/ Elizabeth C. Berg, trustee_____

Elizabeth C. Berg
Attorney ID No. 6200886
Baldi Berg, Ltd.
20 N. Clark Street   Suite 200
Chicago, Illinois   60602
(312) 726-8150

5

**Early, Tousey, Regan & Wlodek**
**First and Final Fee Application**

**Lisa Marie Alvernia, Debtor**
**Case No. 12-44261**

**Retention Order**

**Exhibit A**

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
#### Eastern Division

| | | |
|---|---|---|
| In Re:<br>Lisa Marie Alveria | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   12-44261<br><br>Chapter: 7<br>Honorable Carol A. Doyle<br>Kane |
| Debtor(s) | ) | |

**Order Authorizing Trustee to Employ Special Counsel**

   This matter coming to be heard on the Trustee's Motion to Employ Special Counsel and the supporting affidavit of Jennifer Sellers Wong; due and proper notice having been given; and the Court being fully advised in these premises:

   IT IS HEREBY ORDERED that Elizabeth C. Berg, trustee of the estate of Lisa Marie Alveria, debtor is authorized to retain John Early and the law firm of Early, Tousey, Regan & Wlodek as her special counsel to pursue the prosecution of the pre-petition lawsuit captioned Lisa's Pet Spaw, Inc. v. Groomsmart, Inc., Kane County Case No. 2012MR464 and recovery of the underlying claim for breach of contract ("Claim"), with compensation to be paid, subject to further application to the Court, on a contingency basis equal to 40% of any recoveries by the Estate on account of the Claim, plus expenses.

Enter:

*Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  February 21, 2013

**Prepared by:**

Elizabeth C. Berg
Attorney I.D. No. 6200886
19 S. LaSalle Street   Suite 1500
Chicago, Illinois   60603
(312) 726-8150

Exhibit A

**Early, Tousey, Regan & Wlodek**                          **Lisa Marie Alvernia, Debtor**
**First and Final Fee Application**                             **Case No. 12-44261**

.

**Itemized Expense Statement**

.

**Exhibit B**

.

| EXPENSES ADVANCED by EARLY TOUSEY FOR LISA'S PET SPAW | | |
|---|---|---|
| DATE | ACTIVITY | AMOUNT |
| 8/22/2012 | Filing Fee for Complaint | $246.00 |
| 10/29/2012 | Postage | $3.04 |
| 1/22/2013 | Postage | $2.12 |
| 3/27/2013 | Postage | $3.04 |
| 4/2/2013 | Copies | $97.50 |
| 5/17/2013 | Filing Fee for Citation for Tracy Huey | $50.00 |
| 5/20/2013 | Filing Fee for Citation for Michael Brisson | $50.00 |
| 5/23/2013 | Service Fee | $300.00 |
| 5/29/2013 | Filing Fee for Garnish More than $50,000 | $50.00 |
| 5/29/2013 | Postage | $16.11 |
| 6/4/2013 | Postage | $16.11 |
| 6/4/2013 | Filing Fee for Garnish More than $50,000 | $50.00 |
| 6/13/2013 | SOS Reinst/filing Fee | $533.00 |
| 7/2/2013 | Filing Fee for Citation to Discover Assets | $50.00 |
| 7/4/2013 | Postage | $22.50 |
| 7/31/2013 | Filing Fee for Appearance in Appellate Court | $15.00 |
| 12/17/2013 | Copies | $58.98 |
| 12/17/2013 | Postage | $12.35 |
| **TOTAL** | | **$1,575.75** |

Exhibit B

**Early, Tousey, Regan & Wlodek**          **Lisa Marie Alvernia, Debtor**
**First and Final Fee Application**              **Case No. 12-44261**

**Rule 2016 Affidavit**

**Exhibit C**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 12-44261 |
| Lisa Marie Alvernia, | ) | Hon. Donald R. Cassling |
| | ) | (Kane County) |
| | ) | |
| Debtor. | ) | |

**Affidavit pursuant to Rule 2016**

State of Illinois    )
County of Kane    ) ss.

I, Jennifer Sellers Wong, being first duly sworn upon oath, do depose and state as follows:

1.    I am employed by the law firm of Early, Tousey, Regan & Wlodek ("Early") and am authorized to execute this affidavit on its behalf.

2.    I have read the First and Final Application for Allowance and Payment of Compensation and Expense Reimbursement of Early, Tousey, Regan & Wlodek, Special Counsel for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Early has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.    A copy of the Application has been provided to Elizabeth C. Berg, Trustee and the Trustee has reviewed and approved the Application.

4.    Early has not previously received payment of any compensation for services rendered or reimbursement for expenses incurred in connection with this case. Early has not entered into any agreement with any other person or persons for the sharing of compensation or expense reimbursement to be received for services rendered or expenses incurred in connection with this matter, except among the principals and associates of Early.

5.    Further affiant sayeth naught.

_____
Jennifer Sellers Wong

Subscribed and Sworn to before me
this ___ day of May, 2014

Notary Public

OFFICIAL SEAL
JOHN F EARLY
Notary Public - State of Illinois
My Commission Expires Sep 6, 2016

**Exhibit C**

**Early, Tousey, Regan & Wlodek**                          **Lisa Marie Alvernia, Debtor**
**First and Final Fee Application**                         **Case No. 12-44261**

**Rule 2002 Notice to Creditors**

**Exhibit D**

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 12-44261 |
| Lisa Marie Alvernia, | ) | Hon. Donald R. Cassling |
| | ) | (Kane County) |
| | ) | Hearing Date: June 20, 2014 |
| Debtor. | ) | Time: 10:30 a.m. |

**Notice of First and Final Application for Allowance and Payment of
Compensation and Expense Reimbursement
of Early, Tousey, Regan & Wlodek, Special Counsel to Trustee**

To:   *Debtor, All Creditors and Other Parties in Interest*

PLEASE TAKE NOTICE that on May 29, 2014, Elizabeth C. Berg, as trustee ("Trustee") of the Estate of Lisa Marie Alvernia ("Debtor") filed the First and Final Application for Allowance and Payment of Compensation and Expense Reimbursement ("Application") of Tousey, Regan & Wlodek ("Early") as Special Counsel to the Trustee in the above captioned matter. A copy of the Application is available for inspection and copying at the offices of the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois 60604, or at the offices of Baldi Berg, Ltd. at the address indicated below on this notice.

As of the commencement of this case, Debtor had a claim in the amount of $28,062.73 for breach of contract ("Claim") that was the subject to a lawsuit captioned Lisa's Pet Spaw, Inc. v. Groomsmart, Inc., Kane County Case No. 2012 MR464 ("Lawsuit"). On February 21, 2013, Trustee was authorized to retain Early to pursue prosecution of the Lawsuit and liquidation of the Claim with compensation to be paid, subject to further court order, on a contingency fee basis equal to 40% of any recoveries on account of the Claim, plus expenses. In May 2013, Kane County court entered judgment in favor of Debtor in the amount of $28,062.73, plus interest. Groomsmart appealed. In April 2014, the Illinois Appellate Court affirmed the Judgment. As a result, Trustee will recover $30,491.50 on account of the Claim. **The Application seeks authority for the Trustee to pay Early: final compensation in the amount of $12,196.60 representing 40% of the recoveries on account of the Claim; and $1,575.75 for reimbursement of actual and necessary expenses incurred in connection with such services.**

Objections, if any, to the allowance and/or payment of the compensation and reimbursement of expenses requested should be filed with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois 60604 and served upon Trustee at the address indicated on this notice no later than **June 19, 2014.**

A hearing will be held to consider the Application and objections thereto, if any, on **June 20, 2014 at 10:30 a.m. before the Honorable Donald R. Cassling, or any bankruptcy judge sitting in his stead in Courtroom 240 of the Kane County Courthouse, 100 South 3rd Street, Geneva, Illinois,** at which time you may, but need not appear. If no objections are filed or if no party requests a hearing thereon, the Court may enter its order allowing the compensation and reimbursement of expenses requested and authorizing the Trustee to pay such allowances without further hearing.

Dated: May 29, 2014                                        Elizabeth C. Berg, trustee of the estate
                                                                          of Lisa Marie Alvernia, debtor

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark Street   Suite 200
Chicago, Illinois   60602
(312) 726-8150

Exhibit D