UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:                                              )        BK No.:  12-44261
    Lisa Marie Alvernia,                     )
                                                        )
                                                        )        Chapter: 7
                                                        )
                                                        )        Honorable Donald R. Cassling
                                                        )
                                                        )        Kane
          Debtor(s)                          )

**Order Awarding Final Compensation and Expense Reimbursement to Trustee's Special Counsel**

      This matter coming to be heard on the First and Final Application for Allowance and Payment of Compensation and Expense Reimbursement ("Application") to Early, Tousey, Regan & Wlodek ("Early"), as special counsel to Elizabeth C. Berg, Trustee ("Trustee"); due and proper notice having been given; and the Court being duly advised in these premises:

    IT IS HEREBY ORDERED that:

    A. Early is awarded final compensation in the amount of $12,196.60, representing a 40% contingent fee calculated against the Judgment Amount and allowed statutory interest described in the Application and recovered by Trustee, which final compensation is hereby allowed as an administrative expense of the Estate pursuant to section 503 (b) of title 11, United States Code ;

    B. Early is awarded reimbursement of actual and necessary expenses in the amount of $1,575.75, which expenses are hereby allowed as administrative expenses of the Estate pursuant to section 503 (b) of title 11, United States Code; and

    C. Trustee is authorized to immediately pay to Early the amounts awarded herein upon Trustee's receipt of the Judgment proceeds from Groomsmart, Inc., without further order of Court.
.

Enter:  *Donald R. Cassling*

Honorable Donald R. Cassling

United States Bankruptcy Judge

Dated: June 20, 2014

**Prepared by:**

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark Street   Suite 200
Chicago, Illinois   60602
(312) 726-8150