UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
ALVERNIA, LISA MARIE § Case No. 12-44261
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Elizabeth C. Berg, Ch. 7 Trustee_____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1 - Trustee Report**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 12-44261 DRC Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Ch. 7 Trustee |
|---|---|---|---|
| Case Name: | ALVERNIA, LISA MARIE | Date Filed (f) or Converted (c): | 11/07/12 (f) |
| | | 341(a) Meeting Date: | 12/31/12 |
| For Period Ending: 10/20/14 | | Claims Bar Date: | 05/20/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Chase Bank Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 2. Antique Desk and Computer | 100.00 | 0.00 | | 0.00 | FA |
| 3. Clothing | 50.00 | 0.00 | | 0.00 | FA |
| 4. Jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Bicycle | 100.00 | 0.00 | | 0.00 | FA |
| 6. Life Insurance through Lincoln Benefit Life Death | 0.00 | 0.00 | | 0.00 | FA |
| 7. Life Insurance through Lincoln Benefit Life for Mi | 0.00 | 0.00 | | 0.00 | FA |
| 8. Lawsuit against Groom Smart Inc. for balance of sa | 28,000.00 | 12,500.00 | | 31,534.25 | FA |
| Won lawsuit, on appeal, recovered full judgment amount, plus interest | | | | | |

TOTALS (Excluding Unknown Values) $29,250.00 $12,500.00 $31,534.25

Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee pursued Debtor's claim on behalf of Lisa's Petspaw (Debtor's solely owned corporation) which was the subject of
a pre-petition lawsuit against Groomsmart for breach of contract related to sale of Debtor's business. Trustee hired
special counsel and obtained a summary judgment against Groomsmart in the full claimed amount of $28,000 plus costs.
Trustee pursued post judgment collection efforts. Defendant posted bond and filed an appeal. Trustee won, on appeal,
and recovered full judgment amount, plus interest. Trustee obtained authority to pay special counsel contingency fees
and expenses. Trustee reviewed claims. Trustee oversaw the preparation and filing of Estate tax returns. Trustee
prepared TFR.

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 11/01/14

FORM 2 -- Trustee Report

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 12-44261 -DRC | Trustee Name: | Elizabeth C. Berg, Ch. 7 Trustee |
|---|---|---|---|
| Case Name: | ALVERNIA, LISA MARIE | Bank Name: | Associated Bank |
|  |  | Account Number / CD #: | *******6149  Checking Account |
| Taxpayer ID No: | *******1511 |  |  |
| For Period Ending: | 10/20/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 06/27/14 | 8 | ALPINE BANK - Cashier's Check<br>ROCKFORD, IL 61107 | SETTLEMENT - LAWSUIT | 1129-000 | 31,534.25 |  | 31,534.25 |
| 06/30/14 | 001001 | Early Tousey Regan Wlodek<br>2400 Big Timber Rd., Suite 201A<br>Elgin, Illinois 60124 | TR Special Counsel Fees<br>Order Awarding Final Compensation Dated June 20, 2014 | 3210-000 |  | 12,196.60 | 19,337.65 |
| 06/30/14 | 001002 | Early Tousey Regan Wlodek<br>2400 Big Timber Rd., Suite 201A<br>Elgin, Illinois 60124 | Special Counsel Costs Reimbursement<br>Order Awarding Expense Reimbursement Dated June 20, 2014 | 3220-000 |  | 1,575.75 | 17,761.90 |
| 07/08/14 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 10.00 | 17,751.90 |
| 08/07/14 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 30.35 | 17,721.55 |
| 09/08/14 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 26.35 | 17,695.20 |
| 10/07/14 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 25.46 | 17,669.74 |
| 10/08/14 | 001003 | ILLINOIS DEPARTMENT OF REVENUE<br>P.O. BOX 19053<br>SPRINGFIELD, IL 62794-9053 | 2014 ILLINOIS TAX PAYMENT<br>IL STATE TAX DUE FOR ESTATE OF MARIA ALVERNIA<br>FEIN: 47-6331511 | 2820-000 |  | 354.00 | 17,315.74 |
| 10/09/14 | 001004 | Lisa M. Alvernia<br>c/o Colleen G. Thomas<br>30 North Western Avenue<br>Carpentersville, IL  60110 | Debtor's Exemption<br>Wildcard Exemption in Lawsuit against Groom Smart, Inc. | 8100-002 |  | 2,800.00 | 14,515.74 |

Page Subtotals         31,534.25        17,018.51

FORM 2 — Trustee Report

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 12-44261 -DRC | Trustee Name: | Elizabeth C. Berg, Ch. 7 Trustee |
|---|---|---|---|
| Case Name: | ALVERNIA, LISA MARIE | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6149 Checking Account |
| Taxpayer ID No: | *******1511 | | |
| For Period Ending: | 10/20/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 31,534.25 | 17,018.51 | 14,515.74 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 31,534.25 | 17,018.51 | |
| | | | Less: Payments to Debtors | | | 2,800.00 | |
| | | | Net | | 31,534.25 | 14,218.51 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | Checking Account - ********6149 | | 31,534.25 | 14,218.51 | 14,515.74 |
| | | | | | ---------------- | ---------------- | ---------------- |
| | | | | | 31,534.25 | 14,218.51 | 14,515.74 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 20, 2014 |
|---|---|---|---|---|---|---|

Case Number:  12-44261  
Debtor Name:  ALVERNIA, LISA MARIE  

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $3,623.43 | $0.00 | $3,623.43 |
| 001<br>3110-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $4,228.50 | $0.00 | $4,228.50 |
| 001<br>3210-00 | Early Tousey Regan Wlodek<br>2400 Big Timber Rd., Suite 201A<br>Elgin, Illinois 60124 | Administrative | <br><br>2221656149    06/30/14    1001 | $12,196.60 | $12,196.60<br><br>12,196.60 | $0.00 |
| 001<br>3220-00 | Early Tousey Regan Wlodek<br>2400 Big Timber Rd., Suite 201A<br>Elgin, Illinois 60124 | Administrative | <br><br>2221656149    06/30/14    1002 | $1,575.75 | $1,575.75<br><br>1,575.75 | $0.00 |
| 001<br>3410-00 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago IL 60601 | Administrative | | $906.50 | $0.00 | $906.50 |
| | Subtotal for Class Administrative | | | $22,530.78 | $13,772.35 | $8,758.43 |
| 000001<br>070<br>7100-00 | Cavalry Portfolio Services<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Unsecured | claim amended 6/4/14<br>(1-1) Cavalry Portfolio Services LLC as assignee of GE Retail Bank/Dick's Dual Card | $4,458.44 | $0.00 | $4,458.44 |
| 000002<br>070<br>7100-00 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured | | $4,357.56 | $0.00 | $4,357.56 |
| 000003<br>070<br>7100-00 | US Department Of Education<br>Direct Loan Servicing Center<br>P.O. Box 5609<br>Greenvile, TX 75403-5609 | Unsecured | | $29,426.62 | $0.00 | $29,426.62 |
| 000004<br>070<br>7100-00 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Unsecured | | $14,639.29 | $0.00 | $14,639.29 |
| 000005<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Unsecured | | $3,833.09 | $0.00 | $3,833.09 |
| 999<br>8100-00 | Lisa Marie Alvernia | Unsecured | Claimed exemption in Groomsmart, Inc. lawsuit<br><br>2221656149    10/09/14    1004 | $2,800.00 | $2,800.00<br><br>2,800.00 | $0.00 |
| | Subtotal for Class Unsecured | | | $59,515.00 | $2,800.00 | $56,715.00 |

| | | EXHIBIT C | | |
|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | Date: October 20, 2014 |

Case Number:   12-44261  
Debtor Name:   ALVERNIA, LISA MARIE

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $82,045.78 | $16,572.35 | $65,473.43 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-44261
Case Name: ALVERNIA, LISA MARIE
Trustee Name: Elizabeth C. Berg, Ch. 7 Trustee

Balance on hand                                                                $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Ch. 7 Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ | $ | $ |
| Attorney for Trustee Expenses: Baldi Berg, Ltd. | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ | $ | $ |
| Other: Early Tousey Regan Wlodek | $ | $ | $ |
| Other: Early Tousey Regan Wlodek | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses          $_____

Remaining Balance                                                               $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Cavalry Portfolio Services | $ | $ | $ |
| 000002 | American InfoSource LP as agent for | $ | $ | $ |
| 000003 | US Department Of Education | $ | $ | $ |
| 000004 | Sallie Mae | $ | $ | $ |
| 000005 | Portfolio Recovery Associates, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*