## UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ALVERNIA, LISA MARIE | § | Case No. 12-44261 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Mr. Jeffrey P. Allsteadt
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street
7th Floor
Chicago   IL   60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

10:30 a.m.
on Friday, December 12, 2014
in Courtroom 240 of the Kane County Courthouse
100 South 3rd Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Jeffrey P. Allsteadt _____

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ALVERNIA, LISA MARIE | § | Case No. 12-44261 |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 31,534.25 |
| and approved disbursements of | $ | 17,018.51 |
| leaving a balance on hand of[1] | $ | 14,515.74 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg | $  3,623.43 | $  0.00 | $  3,623.43 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $  4,124.00 | $  0.00 | $  4,124.00 |
| Attorney for Trustee Expenses: Baldi Berg, Ltd. | $  104.50 | $  0.00 | $  104.50 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $  906.50 | $  0.00 | $  906.50 |
| Other: Early Tousey Regan Wlodek | $  12,196.60 | $  12,196.60 | $  0.00 |
| Other: Early Tousey Regan Wlodek | $  1,575.75 | $  1,575.75 | $  0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 8,758.43 |
| Remaining Balance | $ | 5,757.31 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 56,715.00  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  10.2  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Cavalry Portfolio Services | $        4,458.44 | $        0.00 | $        452.59 |
| 000002 | American InfoSource LP as agent for | $        4,357.56 | $        0.00 | $        442.35 |
| 000003 | US Department Of Education | $      29,426.62 | $        0.00 | $      2,987.18 |
| 000004 | Sallie Mae | $      14,639.29 | $        0.00 | $      1,486.08 |
| 000005 | Portfolio Recovery Associates, LLC | $        3,833.09 | $        0.00 | $        389.11 |

Total to be paid to timely general unsecured creditors        $_____5,757.31

Remaining Balance        $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ _____

Elizabeth C. Berg, Successor Trustee

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                      Case No. 12-44261-DRC
Lisa Marie Alvernia                                         Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mhenley          Page 1 of 2          Date Rcvd: Nov 12, 2014
                             Form ID: pdf006         Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2014.
db        +Lisa Marie Alvernia,   649 Eichler Drive,   West Dundee, IL 60118-2709
aty       +John F Early,   2400 Big Timber Road Ste 201A,   Elgin, IL 60124-7812
19666452  +ARS,   P.O. Box 469046,   Escondido, CA 92046-9046
19666449  +Alvernia Lisa Marie,   649 Eichler Drive,   West Dundee, IL 60118-2709
19666453   Blatt, Hasenmiller, Leibsker & Moore, LL,   125 S. Wacker Drive, Suite 400,
            Chicago, IL  60606-4440
19666455   Chase Card Services,   P.O. Box 15548,   Wilmington, DE  19886-5548
19666456   Chase Card Services - Pet Smart,   P.O. Box 15548,   Wilmington, DE  19886-5548
19666457  #+Contract Callers Inc.,   1058 Claussen Road, #110,   Augusta, GA 30907-0301
19666458  +GE Capital Retail Bank- Dick's Dual Card,   Attn: Bankruptcy Dept.,   P.O. Box 103104,
            Roswell, GA 30076-9104
19666460   Home Depot Credit Services,   P.O. Box 653000,   Dallas, TX  75265-3000
20500640  ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
            (address filed with court:  Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541)
19666464  +SRA Associates, Inc.,   401 Minnetonka Road,   Hi Nella, NJ 08083-2914
19666465  +Steven A. Linder,   Meyer & Njus, P.A.,   200 S. Sixth Street,   Minneapolis, MN 55402-4136
19666450  +Thomas Law Office,   30 North Western Avenue,   Carpentersville, IL 60110-1731
19666466   US Department Of Education,   Direct Loan Servicing Center,   P.O. Box 5609,
            Greenvile, TX  75403-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20103997   E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 13 2014 02:31:47
            American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
            Oklahoma City, OK  73126-8941
19666451  +E-mail/Text: bkrpt@retrievalmasters.com Nov 13 2014 02:20:42
            American Medical Collection Agency,   4 Westchester Plaza, Suite 110,
            Elmsford, NY 10523-1615
19666454   E-mail/Text: bankruptcy@cavps.com Nov 13 2014 02:21:14   Cavalry Portfolio Services, LLC,
            P.O. Box 1017,   Hawthorne, NY  10532-0000
20056610  +E-mail/Text: bankruptcy@cavps.com Nov 13 2014 02:21:14   Cavalry Portfolio Services,
            assignee of GE Retail Bank/Dick's,   Dual Card,   500 Summit Lake Drive, Ste 400,
            Valhalla, NY 10595-1340
19666459  +E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2014 02:28:56   GE Money Bank - Care Credit,
            Attn: Bankruptcy Dept.,   P.O. Box 103106,   Roswell, GA 30076-9106
19666461   Fax: 847-227-2151 Nov 13 2014 02:59:06   Medical Recovery Specialists, Inc.,
            2250 E. Devon Avenue, Suite 352,   Des Plaines, IL  60018-4519
19666462   E-mail/Text: bankruptcydpt@mcmcg.com Nov 13 2014 02:20:44   Midland Credit Management, Inc.,
            P.O. Box 60578,   Los Angeles, CA  90060-0578
19666463   E-mail/PDF: pa_dc_claims@navient.com Nov 13 2014 02:28:54   Sallie Mae,   P.O. Box 9500,
            Wilkes-Barre, PA  18773-9500
20266716  +E-mail/PDF: pa_dc_claims@navient.com Nov 13 2014 02:31:15   Sallie Mae,   c/o Sallie Mae Inc.,
            220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
                                                                                  TOTAL: 9

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2014                          Signature:  /s/Joseph Speetjens

District/off: 0752-1          User: mhenley              Page 2 of 2              Date Rcvd: Nov 12, 2014
                             Form ID: pdf006            Total Noticed: 24

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 10, 2014 at the address(es) listed below:
          Colleen G. Thomas    on behalf of Debtor Lisa Marie Alvernia colleenthomaslaw@aol.com
          Elizabeth C Berg    bergtrustee@baldiberg.com,   eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
          Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                TOTAL: 4