UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 12-44261 |
| Lisa Marie Alvernia | ) | |
| | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

**Order Awarding Trustee's Final Compensation**

THIS MATTER BEING HEARD on the Trustee's First and Final Request for Compensation, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Elizabeth C. Berg, Trustee of the bankruptcy estate of Lisa Marie Alvernia is allowed final compensation in the amount of $3,623.43; and

IT IS FURTHER ORDERED that the Trustee is authorized to pay the allowance listed above from the funds on hand as part of the Trustee's final distribution in this case.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  December 12, 2014

**Prepared by:**

Elizabeth C. Berg/Atty ID 6200886
20 North Clark St., Suite 200
Chicago, IL  60602
312.726.8150