UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 12-44261 |
| Lisa Marie Alvernia | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

**Order Awarding Final Compensation to Trustee's Accountants**

     THIS MATTER BEING HEARD on the Trustee's First and Final Request for Compensation for Trustee's Accountants, notice having been given, and the Court being duly advised:

  IT IS HEREBY ORDERED that Popowcer Katten, Ltd., Accountants to Elizabeth C. Berg, Trustee is allowed final compensation in the amount of $906.50; and

  IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above as part of the Trustee's final distribution in this case.

Enter: *Donald R. Cassling* (signature)

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  December 12, 2014

**Prepared by:**

Elizabeth C. Berg/Atty ID 6200886
20 North Clark St., Suite 200
Chicago, IL  60602
312.726.8150