UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:  §
§
ALVERNIA, LISA MARIE  §   Case No. 12-44261
§
Debtor(s)  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C. Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on             . The case was pending for     months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/Elizabeth C. Berg, Trustee_____
                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Lisa M. Alvernia |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | | | | | |
| Associated Bank | | | | | |
| IDOR | | | | | |
| BALDI BERG | | | | | |
| BALDI BERG | | | | | |
| EARLY TOUSEY | | | | | |
| EARLY TOUSEY | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ARS P.O. Box 469046 Escondido, CA 92029-9046 | | | | | |
| | American Medical Collection Agency 4 Westchester Plaza, Suite 110 Elmsford, NY 10523 | | | | | |
| | Blatt, Hasenmiller, Leibsker & Moore, LL 125 S. Wacker Drive, Suite 400 Chicago, IL 60606-4440 | | | | | |
| | Cavalry Portfolio Services, LLC P.O. Box 1017 Hawthorne, NY 10532-0000 | | | | | |
| | Chase Card Services P.O. Box 15548 Wilmington, DE 19886-5548 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 5)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Card Services P.O. Box 15548 Wilmington, DE 19886-5548 | | | | | |
| | Chase Card Services P.O. Box 15548 Wilmington, DE 19886-5548 | | | | | |
| | Contract Callers Inc. 1058 Claussen Road, #110 Augusta, GA 30907 | | | | | |
| | GE Money Bank - Care Credit Attn: Bankruptcy Dept. P.O. Box 103106 Roswell, GA 30076 | | | | | |
| | Home Depot Credit Services P.O. Box 653000 Dallas, TX 75265-3000 | | | | | |
| | Medical Recovery Specialists, Inc. 2250 E. Devon Avenue, Suite 352 Des Plaines, IL 60018-4519 | | | | | |
| | Midland Credit Management, Inc. P.O. Box 60578 Los Angeles, CA 90060-0578 | | | | | |
| | Ronald P. Mueller | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SRA Associates, Inc. 401 Minnetonka Road Hi Nella, NJ 08083 | | | | | |
| | Steven A. Linder Meyer & Njus, P.A. 200 S. Sixth Street Minneapolis, MN 55402-0000 | | | | | |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000001 | CAVALRY PORTFOLIO SERVICES | | | | | |
| 000005 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000004 | SALLIE MAE | | | | | |
| 000003 | US DEPARTMENT OF EDUCATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-44261 | DRC | Judge: DONALD R. CASSLING | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | ALVERNIA, LISA MARIE | | | | Date Filed (f) or Converted (c): | 11/07/12 (f) |
| | | | | | 341(a) Meeting Date: | 12/31/12 |
| For Period Ending: | 01/23/15 | | | | Claims Bar Date: | 05/20/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Chase Bank Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 2. Antique Desk and Computer | 100.00 | 0.00 | | 0.00 | FA |
| 3. Clothing | 50.00 | 0.00 | | 0.00 | FA |
| 4. Jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Bicycle | 100.00 | 0.00 | | 0.00 | FA |
| 6. Life Insurance through Lincoln Benefit Life Death | 0.00 | 0.00 | | 0.00 | FA |
| 7. Life Insurance through Lincoln Benefit Life for Mi | 0.00 | 0.00 | | 0.00 | FA |
| 8. Lawsuit against Groom Smart Inc. for balance of sa | 28,000.00 | 12,500.00 | | 31,534.25 | FA |
| Won lawsuit, on appeal, recovered full judgment amount, plus interest | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $29,250.00 | $12,500.00 | | $31,534.25 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

October 29, 2014: Trustee won on appeal and recovered full judgment plus interest from Defendant. Trustee obtained
authority to pay special counsel contingency fees and expenses. Trustee reviewed claims and filed Estate's tax returns.
Trustee has submitted TFR in Oct, 2014. TR anticipates final distribution by year end.

September 30, 2013: Trustee pursued pre-petition claim of Debtor's wholly-owned corporation, Lisa's Petspaw, for breach
of sale contract. Hired special counsel and obtained a summary judgment of $28,000 plus costs. Commenced
post-judgment collection efforts, Defendant posted supersedeas bond and filed an appeal. Will monitor case progress and
continue to supervise special counsel.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: 12-44261    DRC    Judge: DONALD R. CASSLING | Trustee Name: Elizabeth C. Berg, Trustee |
| Case Name: ALVERNIA, LISA MARIE | Date Filed (f) or Converted (c): 11/07/12 (f) |
| | 341(a) Meeting Date: 12/31/12 |
| | Claims Bar Date: 05/20/13 |

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 11/01/14

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-44261 -DRC | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | ALVERNIA, LISA MARIE | Bank Name: | Associated Bank |
|  |  | Account Number / CD #: | *******6149 Checking Account |
| Taxpayer ID No: | *******1511 |  |  |
| For Period Ending: | 01/23/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 06/27/14 | 8 | ALPINE BANK - Cashier's Check<br>ROCKFORD, IL 61107 | SETTLEMENT - LAWSUIT | 1129-000 | 31,534.25 |  | 31,534.25 |
| 06/30/14 | 001001 | Early Tousey Regan Wlodek<br>2400 Big Timber Rd., Suite 201A<br>Elgin, Illinois 60124 | TR Special Counsel Fees<br>Order Awarding Final Compensation Dated June 20, 2014 | 3210-000 |  | 12,196.60 | 19,337.65 |
| 06/30/14 | 001002 | Early Tousey Regan Wlodek<br>2400 Big Timber Rd., Suite 201A<br>Elgin, Illinois 60124 | Special Counsel Costs Reimbursement<br>Order Awarding Expense Reimbursement Dated June 20, 2014 | 3220-000 |  | 1,575.75 | 17,761.90 |
| 07/08/14 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 10.00 | 17,751.90 |
| 08/07/14 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 30.35 | 17,721.55 |
| 09/08/14 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 26.35 | 17,695.20 |
| 10/07/14 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 25.46 | 17,669.74 |
| 10/08/14 | 001003 | ILLINOIS DEPARTMENT OF REVENUE<br>P.O. BOX 19053<br>SPRINGFIELD, IL 62794-9053 | 2014 ILLINOIS TAX PAYMENT<br>IL STATE TAX DUE FOR ESTATE OF MARIA ALVERNIA<br>FEIN: 47-6331511 | 2820-000 |  | 354.00 | 17,315.74 |
| 10/09/14 | 001004 | Lisa M. Alvernia<br>c/o Colleen G. Thomas<br>30 North Western Avenue<br>Carpentersville, IL 60110 | Debtor's Exemption<br>Wildcard Exemption in Lawsuit against Groom Smart, Inc. | 8100-000 |  | 2,800.00 | 14,515.74 |
| 12/18/14 | 001005 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Trustee Final Compensation | 2100-000 |  | 3,623.43 | 10,892.31 |
| 12/18/14 | 001006 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | TR Attys Final Comp & Exp<br>Fees: $4,124.00<br>Exp. $ 104.50<br>    Fees    4,124.00 | 3110-000 |  | 4,228.50 | 6,663.81 |
|  |  |  | Page Subtotals |  | 31,534.25 | 24,870.44 |  |

Ver: 18.03b

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-44261 -DRC | | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|---|
| Case Name: | ALVERNIA, LISA MARIE | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6149  Checking Account |
| Taxpayer ID No: | *******1511 | | | |
| For Period Ending: | 01/23/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Expenses            104.50 | 3120-000 | | | |
| 12/18/14 | 001007 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago  IL  60601 | Accountant for TR Fees (Other Firm) | 3410-000 | | 906.50 | 5,757.31 |
| 12/18/14 | 001008 | Cavalry Portfolio Services<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Claim 000001, Payment 10.15% | 7100-000 | | 452.59 | 5,304.72 |
| 12/18/14 | 001009 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Claim 000002, Payment 10.15% | 7100-000 | | 442.35 | 4,862.37 |
| 12/18/14 | 001010 | US Department Of Education<br>Direct Loan Servicing Center<br>P.O. Box 5609<br>Greenvile, TX 75403-5609 | Claim 000003, Payment 10.15% | 7100-000 | | 2,987.18 | 1,875.19 |
| 12/18/14 | 001011 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Claim 000004, Payment 10.15% | 7100-000 | | 1,486.08 | 389.11 |
| 12/18/14 | 001012 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Claim 000005, Payment 10.15% | 7100-000 | | 389.11 | 0.00 |

Page Subtotals            0.00            6,663.81

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-44261 -DRC | Trustee Name: | Elizabeth C. Berg, Trustee |
| --- | --- | --- | --- |
| Case Name: | ALVERNIA, LISA MARIE | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6149 Checking Account |
| Taxpayer ID No: | *******1511 | | |
| For Period Ending: | 01/23/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 31,534.25 | 31,534.25 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 31,534.25 | 31,534.25 | |
| | | | Less: Payments to Debtors | | | 2,800.00 | |
| | | | Net | | 31,534.25 | 28,734.25 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | Checking Account - ********6149 | | 31,534.25 | 28,734.25 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 31,534.25 | 28,734.25 | 0.00 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*